CRIMINAL CAUSE FOR PRETRIAL/MOTION CONFERENCE

BEFORE JUDGE __WEINSTEIN__ DATE: __9/9/09__ TIME __10:15 am__

DOCKET NUMBER: __CR 09-415__ TITLE __U.S.A. -v- LNU__

DEFT. NAME: __FNU LNU a/k/a Sandra Calzada__
\_\_\_\_Present __✓__ Not Present \_\_\_\_In custody \_\_\_\_On Bail

ATTY. FOR DEFT: __Ken Kamdang__
\_\_\_\_Present __✓__ Not Present

DEFT. NAME: _____ DEFT.# _____
\_\_\_\_Present \_\_\_\_Not Present \_\_\_\_In custody \_\_\_\_On Bail

ATTY. FOR DEFT: _____
\_\_\_\_Present \_\_\_\_Not Present

DEFT. NAME _____ DEFT.# _____
\_\_\_\_Present \_\_\_\_Not Present \_\_\_\_In custody \_\_\_\_On Bail

ATTY. FOR DEFT: _____
\_\_\_\_Present \_\_\_\_Not Present

DEFT. NAME _____ DEFT.# _____
\_\_\_\_Present \_\_\_\_Not Present \_\_\_\_In custody \_\_\_\_On Bail

ATTY. FOR DEFT: _____
\_\_\_\_Present \_\_\_\_Not Present

DEFT. NAME _____ DEFT.# _____
\_\_\_\_Present \_\_\_\_Not Present \_\_\_\_In custody \_\_\_\_On Bail

ATTY. FOR DEFT: _____
\_\_\_\_Present \_\_\_\_Not Present

ASST. U.S. ATTORNEY __Loan Nguyen__ DEPUTY CLERK: __JUNE LOWE__

COURT REPORTER __N. Warren__ ESR REPORTER _____

INTERPRETER _____ OTHER _____

<u>Docket Clerks</u>: Enter all information under CALCALLAH, then enter other vital events names as needed.

__✓__ Case called.

\_\_\_\_ PTC Held. \_\_\_\_PTC ADJOURNED TO _____ at _____

\_\_\_\_ Pretrial Order signed.

___✓___ MOTION CONFERENCE held on ___deft.'s___
motion ~~to/for~~ _to suppress statements_
Arguments heard

        _____ Motion granted.     (MOTGR___)

        _____ Motion denied.     (MOTDN___)

        _____ Decision RESERVED.

        ___✓___ Decision ENTERED ON THE RECORD.

        _____ Hearing adjourned to _____

_____ SPEEDY TRIAL INFORMATION for defts_____

Code Type: X-_____     Start Date:_____

                                        Stop Date:_____

_____ JURY SELECTION BEFORE MAGISTRATE JUDGE_____

_____ JURY SELECTION BEFORE THIS COURT_____

_____ TRIAL DATE_____

OTHER: